■ In the Matter of LESLIE C. WHITE, Respondent, v WESTCHESTER COUNTY MEDICAL CENTER, Appellant. [646 NYS2d 298] —In a proceeding pursuant to General Municipal Law § 50-e (5) for leave to serve a late notice of claim, the Westchester County Medical Center appeals from an order of the Supreme Court, Westchester County (Silverman, J.), entered May 5, 1995, which granted the application.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in granting the relief requested. Rosenblatt, J. P., Santucci, Joy and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTIS ARTHUR, Appellant. [646 NYS2d 299] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered July 19, 1995, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed *(see, People v Jones,* 230 AD2d 752 [decided herewith]). Mangano, P. J., Rosenblatt, Pizzuto and Hart, JJ., concur.